**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Encompass Insurance, Inc., ) | |
| ) | |
|     Plaintiff and Counter-Defendant, ) | Case No. 1:08-cv-337 |
| ) | |
| v. ) | Hon. Joseph G. Scoville |
| ) | |
| Hagerty Insurance Agency, Inc. and ) | |
| Hagerty Classic Marine Insurance Agency, ) | |
| Inc., ) | |
| ) | |
|     Defendants and Counterclaimants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of August, 2009, the production of confidential OneBeacon documents pursuant to the Stipulated Protective Order was served upon the below listed counsel of record by first class mail.

| | |
|---|---|
| Anders C. Wick | Robert L. Michels |
| Sonnenschein Nath & Rosenthal LLP | Carrie E. Davenport |
| 7800 Sears Tower | Winston & Strawn LLP |
| 223 South Wacker Drive | 35 West Wacker Drive |
| Chicago, IL 60606 | Chicago, IL 60601 |
| | |
| Harvey R. Heller | Jeffrey G. Muth |
| Michelle C. Harrell | Barnes & Thornburg LLP |
| Maddin Hauser Wartell Roth & Heller, P.C. | 300 Ottawa Avenue, N.W. |
| 28400 Northwestern Highway, Third Floor | Suite 500 |
| Southfield, MI 49034 | Grand Rapids, MI 49503 |

                                                      /s/ Kevin J. O'Dowd
                                                      Kevin J. O'Dowd (P39383)
                                                      DeFrancesco, O'Dowd and Dienes
                                                      Attorneys for Nonparty Objector
                                                      OneBeacon Insurance Company
                                                      990 Monroe Avenue, N.W.
                                                      Grand Rapids, MI 49503
                                                      Telephone: (616) 451-0099
                                                      Fax: (616) 459-8614
                                                      kodowd@dod-law.com