# United States District Court

## Western District of Michigan

**ENCOMPASS INSURANCE, INC.**

v.

**HAGERTY INSURANCE AGENCY, INC., et al.**

*NOTICE*

**CASE NO. 1:08-cv-337**

**Hon. Joseph G. Scoville**

---

**TYPE OF CASE:**

   **X**   **CIVIL**                      ___ **CRIMINAL**

---

**X**   TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | **740** <br><br> **DATE AND TIME** <br> **FRI., NOV. 20, 2009 - 3:00 P.M.** |

**TYPE OF PROCEEDING**

**Hearing on**    **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SECOND SET OF INTERROGATORIES AND SECOND SET OF DOCUMENT REQUESTS (docket # 127)**

---

___ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | | |

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE: November 3, 2009**

                                             **/s/ Margaret Hetherington** <br>
                                             **(BY) DEPUTY CLERK**

**BRIEFS IN OPPOSITION TO THE MOTION ARE DUE NOVEMBER 17, 2009. IF NO OPPOSITION IS FILED, THE MOTION MAY BE GRANTED AND THIS HEARING CANCELED WITHOUT FURTHER NOTICE TO THE PARTIES.**