This document is SEALED and it is not available for review.
See W.D. Mich. LCivR 10.6

Case 1:08-cv-00337-JGS    Document 130    Filed 11/03/2009    Page 1 of 1